**In re Adrian RIVERA, Appellant.**

No. 2015–1683.

United States Court of Appeals, Federal Circuit.

April 8, 2016.

Sudip Kumar Kundu, Kundu PLLC, Washington, DC, argued for appellant.

Monica Barnes Lateef, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor, Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Farheena Yasmeen Rasheed.

WALLACH, MAYER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**